Jihad M. Smaili [262219]
Stephen D. Counts [231348]
**SMAILI & ASSOCIATES, PC**
2114 N Broadway, Suite 200
Santa Ana, California 92706
714-547-4700
714-547-4710 (facsimile)

Attorneys for Plaintiff

Hillary Arrow Booth [125936]
Allan P. Bareng [237464]
**BOOTH LLP**
11835 W. Olympic Blvd., Suite 600E
Los Angeles, CA 90064
(310) 641-1800
(310) 641-1818 (facsimile)

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PLAZA, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01479-FMO-SP<br>Assigned for all purposes to the<br>Hon. Fernando M. Olguin<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Parties have reached a settlement in the instant case. Plaintiff anticipates filing a dismissal of his entire action with prejudice in the next thirty days.

Dated: August 4, 2022			**SMAILI & ASSOCIATES, P.C.**

						By: _/s/Jihad M. Smaili_____
						     Jihad M. Smaili, Esq.
						     Stephen D. Counts, Esq.
						     Attorneys for Plaintiff

Dated: August 4, 2022			**BOOTH LLP**

						By: _/s/Allan P. Bareng_____
						     Hillary Arrow Booth, Esq.
						     Allan P. Bareng, Esq.
						     Attorneys for Defendant

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 4, 2022                                    **SMAILI & ASSOCIATES, PC**

                                                        By: /s/ *Jihad M. Smaili*
                                                        Jihad M. Smaili